## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>This Document Relates to:<br>*State of Wisconsin v. 3M Company et al.*,<br>Case No. WIW/3:22-cv-00412 |

## THE STATE OF WISCONSIN'S MOTION
## TO VACATE CONDITIONAL TRANSFER ORDER (CTO-99)

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff State of Wisconsin, by its undersigned counsel, hereby moves to vacate the conditional transfer order ("CTO-99") filed in this proceeding on August 3, 2022, as such order pertains to the action *State of Wisconsin v. 3M Company et al.*, No. 3:22-cv-00412 (W.D. Wis.). As further set forth in Plaintiff's memorandum of law in support of this motion, transfer of Plaintiff's case to this multidistrict litigation (the "MDL") would be improper because the Transferee Court will not have jurisdiction over Plaintiff's claims, Plaintiff's case differs materially from the other actions transferred to the MDL, and the transfer would not promote the just and efficient conduct of Plaintiff's case or the pending MDL, resulting in substantial inconvenience to parties and witnesses. Plaintiff's motion is based on the Memorandum of Law, the Exhibits attached thereto, and all other papers and arguments the Panel may deem necessary to decide the motion.

Dated: August 25, 2022                    */s/ Stephanie D. Biehl*

**SHER EDLING LLP**

Stephanie D. Biehl
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Tel.: (628) 231-2507
Email: stephanie@sheredling.com

Joshua L. Kaul
Attorney General of Wisconsin

R. Duane Harlow
Assistant Attorney General
State Bar # 1025622

Bradley J. Motl
Assistant Attorney General
State Bar # 1074743

Sarah C. Geers
Assistant Attorney General
State Bar # 1066948

Post Office Box 7857
Madison, Wisconsin 53707-7857
Tel.: (608) 266-2950
Fax: (608) 294-2907
Email: harlowd@doj.state.wi.us
　　　　motlbj@doj.state.wi.us
　　　　geerssc@doj.state.wi.us