**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>This Document Relates to:<br>*State of Wisconsin v. 3M Company et al.*,<br>Case No. WIW/3:22-cv-00412 |
|---|---|

## SCHEDULE OF ACTION

|   | **Case Caption** | **District Court** | **Civil Action No.** | **Assigned Judge** |
|---|---|---|---|---|
| 1 | <u>Plaintiff</u>: State of Wisconsin<br><br><u>Defendants</u>: 3M Company; E.I. DuPont de Nemours and Company; DuPont de Nemours, Inc.; The Chemours Company; The Chemours Company FC, LLC; Buckeye Fire Equipment Co.; Tyco Fire Products, LP; Kidde-Fenwal, Inc.; National Foam, Inc.; Chemguard, Inc.; Amerex Corporation; Chemdesign Products, Inc.; BASF Corporation; Dynax Corporation; Archroma U.S., Inc.; Carrier Global Corporation; UTC Fire & Security Americas Corporation, Inc.; Clariant Corporation; John Doe Defendants 1-20 | Western District of Wisconsin | 3:22-cv-00412 | District Judge William M. Conley;<br><br>Magistrate Judge Stephen L. Crocker |

Dated: August 25, 2022

Respectfully submitted

/s/ *Stephanie D. Biehl*

SHER EDLING LLP

Stephanie D. Biehl
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Tel.: (628) 231-2507
Email: stephanie@sheredling.com

2

Joshua L. Kaul
Attorney General of Wisconsin

R. Duane Harlow
Assistant Attorney General
State Bar # 1025622

Bradley J. Motl
Assistant Attorney General
State Bar # 1074743

Sarah C. Geers
Assistant Attorney General
State Bar # 1066948

Post Office Box 7857
Madison, Wisconsin 53707-7857
Tel.: (608) 266-2950
Fax: (608) 294-2907
Email: harlowrd@doj.state.wi.us
motlbj@doj.state.wi.us
geerssc@doj.state.wi.us