Query     Reports     Utilities     Help     Log Out

# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:22-cv-00412-wmc

State of Wisconsin v. 3M Company et al  
Assigned to: District Judge William M. Conley  
Referred to: Magistrate Judge Stephen L. Crocker  
Cause: 28:1346 Tort Claim  

Date Filed: 07/27/2022  
Jury Demand: Plaintiff  
Nature of Suit: 245 Tort Product Liability  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**State of Wisconsin**  represented by  **Bradley John Motl**
Wisconsin Department of Justice
17 W. Main Street
P.O. Box 7857
Madison, WI 53707
608-267-0505
Fax: 608-267-2778
Email: motlbj@doj.state.wi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gretel Lee**
Sher Edling LLP
100 Montgomery St.
Suite 1410
San Francisco, CA 94104
628-231-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Edling**
Sher Edling LLP
100 Montgomery St.
Suite 1410
San Francisco, CA 94104
628-231-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Quentin Karpilow**
Sher Edling LLP
100 Montgomery St.
Suite 1410
San Francisco, CA 94104
628-231-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Duane Harlow**

HCP Consumer Law, LLC
2858 University Ave.
Suite 233
Madison, WI 53705
608-266-2950
Fax: 608-267-8906
Email: harlowrd@doj.state.wi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Geers**
State of Wisconsin - Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707
608-266-3067
Email: geerssc@doj.state.wi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie D. Biehl**
Sher Edling LLP
100 Montgomery St.
Suite 1410
San Francisco, CA 94104
628-231-2507
Email: stephanie@sheredling.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Sloane**
Sher Edling LLP
100 Montgomery St.
Suite 1410
San Francisco, CA 94104
628-231-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor M. Sher**
Sher Edling LLP
100 Montgomery St.
Suite 1410
San Francisco, CA 94104
628-231-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**                                       represented by  **Daniel L. Ring**

|  |  |
|---|---|
|  | Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>312-782-0600<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **E.I. DuPont De Nemours and Company** represented by | **Brent Dwerlkotte**<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>816-474-6550<br>Email: dbdwerlkotte@shb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **David R. Erickson**<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>816-474-6550<br>Email: derickson@shb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **DuPont De Nemours, Inc.** represented by | **Kat Hacker**<br>Bartlit Beck LLP<br>1801 Wewatta<br>Suite 1200<br>Denver, CO 80202<br>303-592-3141<br>Email: dupont@bartlitbeck.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **The Chemours Company** represented by | **Brent Dwerlkotte**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **David R. Erickson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **The Chemours Company FC, LLC** represented by | **Brent Dwerlkotte**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                                 **David R. Erickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Buckeye Fire Equipment Co.**      represented by  **Michael Carpenter**
Gray Layton Kersh Solomon Furr & Smith, P.A.
P.O. Box 2636
Gastonia, NC 28053
704-865-4400
Email: mcarpenter@gastonlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tyco Fire Products, LP**      represented by  **Bryan Theron Mette**
Foley & Lardner LLP
150 E. Gilman St.
Suite 5000
Madison, WI 53703
608-258-4292
Email: bmette@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kidde-Fenwal, Inc.**      represented by  **Jonathan I. Handler**
Day Pitney LLP
One Federal Street
29th Floor
Boston, MA 02110
617-345-4600
Email: jihandler@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Foam, Inc.**      represented by  **Keith Smith**
Greenberg Traurig, LLP
Three Logal Square
1717 Arch Street
Suite 400
Philadelphia, PA 19103
215-988-7800
Email: smithkei@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chemguard, Inc.**      represented by  **Bryan Theron Mette**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amerex Corporation**    represented by    **Alan Truitt**
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street N.E.
Suite 900
Atlanta, GA 30309
404-812-0126
Email: atruitt@kmcllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Simon**
Kazmarek Mowrey Cloud Laseter LLP
1230 Peachtree Street N.E.
Suite 900
Atlanta, GA 30309
404-812-0126
Email: jsimon@kmcllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chemdesign Products, Inc.**    represented by    **Jonathan Blakley**
Gordon Rees Scully Mansukhani, LLP
One North Franklin
Suite 800
Chicago, IL 60606
312-619-4915
Email: jblakley@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BASF Corporation**    represented by    **John Wellschlager**
DLA Piper LLP (US)
The Marbury Building
6224 Smith Avenue
Baltimore, MD 21209
410-580-4281
Email: john.wellschlager@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dynax Corporation**    represented by    **Kirk G. Warner**
Smith, Anderson, Blount, Dorsett, Mitchell &b Jernigan
P.O. Box 2611
Raleigh, NC 27602

919-821-1220
Email: kwarner@smithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Archroma U.S., Inc.     represented by    **Charles Raynal**
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street
Suite 400
Raleigh, NC 27601
919-835-4511
Email: charlesraynal@parkerpoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie Black Dubis**
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street
Suite 400
Raleigh, NC 27601
919-835-4511
Email: melaniedubis@parkerpoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Carrier Global Corporation

**Defendant**

UTC Fire & Security Americas Corporation, Inc.

**Defendant**

Clariant Corporation

**Defendant**

John Doe 1-20

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2022 | 1 | NOTICE OF REMOVAL from Dane County Circuit Court, case number 2022CV001795. ( Filing fee $ 402 receipt number AWIWDC-3098126), filed by Tyco Fire Products, LP, Chemguard, Inc. (Attachments:<br># 1 Exhibit A - Summons, Complaint, and Notice of Appearance in State Proceeding,<br># 2 JS-44 Civil Cover Sheet) (Mette, Bryan) Modified on 7/28/2022. (lak) (Entered: 07/27/2022) |
| 07/27/2022 | 2 | Corporate Disclosure Statement by Defendant Chemguard, Inc.. (Mette, Bryan) (Entered: 07/27/2022) |
| 07/27/2022 | 3 | Corporate Disclosure Statement by Defendant Tyco Fire Products, LP. (Mette, Bryan) (Entered: 07/27/2022) |

| | | |
|---|---|---|
| 07/28/2022 | | Case randomly assigned to District Judge William M. Conley and Magistrate Judge Stephen L. Crocker. (lak) (Entered: 07/28/2022) |
| 07/28/2022 | | Standard attachments for Judge William M. Conley required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (lak) (Entered: 07/28/2022) |
| 07/28/2022 | 4 | Certificate of Service by Defendants Chemguard, Inc., Tyco Fire Products, LP as to 1 Notice of Removal. (Mette, Bryan) Modified on 7/29/2022: Added counsel. (lak) (Entered: 07/28/2022) |
| 08/15/2022 | 5 | Stipulation to Extend Time to Answer Or Otherwise Respond to Complaint by Defendants Chemguard, Inc., Tyco Fire Products, LP. (Mette, Bryan) (Entered: 08/15/2022) |
| 08/16/2022 | 6 | ** TEXT ONLY ORDER ** Stipulation to Extend Time to Answer, 5 , accepted and entered as the court's order. Signed by Magistrate Judge Stephen L. Crocker on 8/16/2022. (voc) (Entered: 08/16/2022) |
| 08/16/2022 | 7 | Motion to Admit Stephanie D. Biehl Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC-3108278.) by Plaintiff State of Wisconsin. Motions referred to Magistrate Judge Stephen L. Crocker. (Biehl, Stephanie) (Entered: 08/16/2022) |
| 08/17/2022 | 8 | ** TEXT ONLY ORDER ** ORDER granting 7 Motion to Admit Stephanie D. Biehl Pro Hac Vice. Signed by Magistrate Judge Stephen L. Crocker on 8/17/2022. (voc) (Entered: 08/17/2022) |
| 08/18/2022 | 9 | Motion to Stay *this Action Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Defendants Chemguard, Inc., Tyco Fire Products, LP. (Mette, Bryan) (Entered: 08/18/2022) |
| 08/18/2022 | 10 | Brief in Support of 9 Motion to Stay *this Action Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Defendants Chemguard, Inc., Tyco Fire Products, LP (Attachments: # 1 Exhibit 1, Order, In re AFFF Prods. Liab. Litig.,, # 2 Exhibit 2, Order, In re AFFF Prods. Liab. Litig.,) (Mette, Bryan) (Entered: 08/18/2022) |
| 08/19/2022 | | Set/Reset Briefing Deadlines as to 9 Motion to Stay *this Action Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation*. Brief in Opposition due 8/29/2022. Brief in Reply due 9/6/2022. (voc) (Entered: 08/19/2022) |
| 08/19/2022 | 11 | Certificate of Service by Defendants Chemguard, Inc., Tyco Fire Products, LP as to 10 Brief in Support, 9 Motion to Stay *this Action Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation*. (Mette, Bryan) (Entered: 08/19/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/23/2022 11:23:54 | | | |
| **PACER Login:** | sheredling425 | **Client Code:** | WI PFAS |
| **Description:** | Docket Report | **Search Criteria:** | 3:22-cv-00412-wmc |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

# Dane County Case Number 2022CV001795 State of Wisconsin vs. 3M Company et al

## Case summary

**Filing date**
07-20-2022

**Case type**
Civil

**Case status**
Closed - Change of Venue

**Class code description**
Unclassified

**Responsible official**
Trammell, Nia

**Branch ID**
6

## Party summary

| Party type | Party name | Party status |
|---|---|---|
| Plaintiff | State of Wisconsin | |
| Defendant | 3M Company | |
| Defendant | E.I. Du Pont De Nemours and Company | |
| Defendant | Dupont de Nemours, Inc. | |
| Defendant | The Chemours Company | |
| Defendant | The Chemours Company FC, LLC | |
| Defendant | Buckeye Fire Equipment Co. | |
| Defendant | Tyco Fire Products, LP | |
| Defendant | Kidde-Fenwal, Inc. | |
| Defendant | National Foam, Inc. | |
| Defendant | Chemguard, Inc. | |
| Defendant | Amerex Corporation | |
| Defendant | ChemDesign Products, Inc. | |
| Defendant | BASF Corporation | |
| Defendant | Dynax Corporation | |
| Defendant | Archroma U.S., Inc. | |
| Defendant | Carrier Global Corporation | |
| Defendant | UTC Fire & Security Americas Corporation, Inc. | |
| Defendant | Clariant Corporation | |
| Defendant | John Doe Defendants 1-20 | |

## Parties

### Plaintiff: State of Wisconsin

| Date of birth | Sex | Race |
|---|---|---|
| | | |

**Address (last updated 07-20-2022)**
17 West Main Street, Madison, WI 53707 US

#### Attorneys

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Geers, Sarah | No | 07-20-2022 |
| Motl, Bradley John | No | 07-20-2022 |

**Defendant: 3M Company**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
3M Center, Saint Paul, MN 55144 US

**Defendant: E.I. Du Pont De Nemours and Company**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
974 Centre Road, Wilmington, DE 19805 US

**Defendant: Dupont de Nemours, Inc.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
974 Centre Road, Wilmington, DE 19805 US

**Also known as**

| Name | Type | Date of birth |
|---|---|---|
| Dupont De Nemours, Inc. | Changed case name | |

**Defendant: The Chemours Company**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
1007 Market Street, Wilmington, DE 19899 US

**Defendant: The Chemours Company FC, LLC**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
1007 Market Street, Wilmington, DE 19899 US

**Defendant: Buckeye Fire Equipment Co.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
110 Kings Road, Kings Mountain, NC 28086 US

**Defendant: Tyco Fire Products, LP**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
2700 Industrial Parkway South, Marinette, WI 54143 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Mette, Bryan | No | 07-26-2022 |

**Defendant: Kidde-Fenwal, Inc.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
400 Main Street, Ashland, MA 01721 US

**Defendant: National Foam, Inc.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
350 E. Union Street, West Chester, PA 19382 US

**Defendant: Chemguard, Inc.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
One Stanton Street, Marinette, WI 54143 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Mette, Bryan | No | 07-26-2022 |

**Defendant: Amerex Corporation**

| Date of birth | Sex | Race |

**Address (last updated 07-20-2022)**
7595 Gadsden Highway, Trussville, AL 35173 US

**Defendant: ChemDesign Products, Inc.**

| Date of birth | Sex | Race |

**Address (last updated 07-20-2022)**
Two Stanton Street, Marinette, WI 54143 US

**Defendant: BASF Corporation**

| Date of birth | Sex | Race |

**Address (last updated 07-20-2022)**
100 Park Avenue, Florham Park, NJ 07932 US

**Defendant: Dynax Corporation**

| Date of birth | Sex | Race |

**Address (last updated 07-20-2022)**
103 Fairview Park Drive, Elmsford, NY 10523 US

**Defendant: Archroma U.S., Inc.**

| Date of birth | Sex | Race |

**Address (last updated 07-20-2022)**
5445 77 Center Drive, Charlotte, NC 28217 US

**Defendant: Carrier Global Corporation**

| Date of birth | Sex | Race |

**Address (last updated 07-20-2022)**
13995 Pasteur Boulevard, Palm Beach Gardens, FL 33418 US

**Defendant: UTC Fire & Security Americas Corporation, Inc.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
9 Farm Springs Road, Farmington, CT 06032 US

**Defendant: Clariant Corporation**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-20-2022)**
4900 Crittendon Drive, Louisville, KY 40209 US

**Defendant: John Doe Defendants 1-20**

| Date of birth | Sex | Race |
|---|---|---|

**Address**

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 07-29-2022 | Change of venue, remove to federal court | Trammell, Nia | | |
| 07-28-2022 | Notice | | | |

**Additional text:**

case removed to U.S. District Court

07-27-2022 Affidavit of service

**Additional text:**

Letter Dated 07/20/22, Summons, Complaint, Notice of Electronic Filing; served on DE DuPont de Nemours, Inc. on 07/21/22

07-27-2022 Affidavit of service

**Additional text:**

Letter Dated 07/20/22, Summons, Complaint; served on DE Kidde-Fenwal, Inc. on 07/22/22

07-27-2022 Affidavit of service

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Letter Dated 07/20/22, Summons, Complaint, Notice of Electronic Filing; served on DE Chemguard, Inc. on 07/21/22 | | | |
| 07-27-2022 | Affidavit of service | | | |
| | **Additional text:** | | | |
| | Letter Dated 07/20/22, Summons, Complaint, Notice of Electronic Filing; served on DE National Foam, Inc. on 07/21/22 | | | |
| 07-27-2022 | Electronic Notice Update | | | |
| 07-26-2022 | Notice of Appearance | | | |
| | **Additional text:** | | | |
| | Atty Bryan T, Mette on behalf of DEs Chemguard, Inc. and Tyco fire products, LP | | | |
| 07-26-2022 | Electronic Notice Update | | | |
| 07-26-2022 | eFiled Document Fee Paid | | | $20.00 |
| | **Additional text:** | | | |
| | Adjustment Number: 22A 037768, | | | |
| | Payable Number: 570557, | | | |
| | Receipt Number: 22RS032587, | | | |
| | Amount: $20.00 | | | |
| 07-20-2022 | Filing fee paid | | | $265.50 |
| | **Additional text:** | | | |
| | Adjustment Number: 22A 036797, | | | |
| | Payable Number: 569907, | | | |
| | Receipt Number: 22RS031430, | | | |
| | Amount: $265.50 | | | |
| 07-20-2022 | Case initiated by electronic filing | | | |
| 07-20-2022 | Summons and complaint | | | |