**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>This Document Relates to:<br>*State of Wisconsin v. 3M Company et al.*,<br>Case No. WIW/3:22-cv-00412 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Vacate CTO-99, and supporting documents, were served on all parties electronically via CM/ECF on August 25, 2022.

**Via CM/ECF:**

| | |
|---|---|
| Joseph G. Petrosinelli<br>Liam J. Montgomery<br>Robert J. Shaughnessy<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5547<br>Tel: (202) 434-5000<br>Tel: (202) 434-5564<br>Fax: (202) 434-5029<br>jpetrosinelli@wc.com<br>lmontgomery@wc.com<br>bshaughnessy@wc.com<br><br>Bryan T. Mette<br>**FOLEY & LARDNER LLP**<br>150 East Gilman Street, Ste. 5000<br>Madison, WI 53703-1482<br>Tel: (608) 258-4292<br>Fax: (608) 258-4258<br>Email: bmette@foley.com<br><br>*Defendants Chemguard, Inc. and Tyco Fire Products LP* | Daniel L. Ring<br>Tyler D. Alfermann<br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 782-0600<br>Fax: (312) 701-7711<br>Tel: (312) 701-7390<br>Fax: (312) 706-8508<br>dring@mayerbrown.com<br>talfermann@mayerbrown.com<br><br>*Counsel for Defendant 3M Company* |

| | |
|---|---|
| Charles E. Raynal, IV<br>Melanie Black Dubis<br>**PARKER POE ADAMS & BERNSTEIN LLP**<br>301 Fayetteville Street, Suite 400<br>Raleigh, NC 27601<br>Tel: (919) 835-4511<br>Fax: (919) 834-4158<br>charlesraynal@parkerpoe.com<br>melaniedubis@parkerpoe.com<br><br>*Counsel for Defendants Archroma U.S., Inc., and Clariant Corporation* | John Wellschlager<br>Matthew A. Holian<br>**DLA PIPER LLP (US)**<br>The Marbury Building<br>6224 Smith Avenue<br>Baltimore, MD 21209<br>Tel: (410) 580-4281<br>Tel: (617) 406-6009<br>john.wellschlager@dlapiper.com<br>matt.holian@us.dlapiper.com<br><br>*Counsel for Defendant BASF Corporation* |
| Michael L. Carpenter<br>**GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A.**<br>Post Office Box 2636<br>Gastonia, North Carolina 28053-2636<br>Tel: (704) 865-4400<br>Fax: (704) 866-8010<br>mcarpenter@gastonlegal.com<br><br>*Counsel for Defendant Buckeye Fire Equipment Company* | Jonathan I. Handler<br>Keith H. Bensten<br>**DAY PITNEY LLP**<br>One Federal Street, 29th Floor<br>Boston, MA 02110<br>Tel: (617) 345-4734<br>Tel: (617) 345-4600<br>jihandler@daypitney.com<br>kbensten@daypitney.com<br><br>*Counsel for Defendants Carrier Global Corporation, Kidde-Fenwal, Inc, and UTC Fire & Security Americas Corporation, Inc* |
| Jonathan Blakley<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>One North Franklin, Suite 800<br>Chicago, IL 60606<br>Tel: (312) 619-4915<br>jblakley@grsm.com<br><br>*Counsel for Defendant ChemDesign Products Inc.* | Kat Hacker<br>**BARTLIT BECK LLP**<br>1801 Wewatta, Suite 1200<br>Denver, Colorado 80202<br>Tel: (303) 592-3141<br>dupont@bartlitbeck.com<br><br>*Counsel for DuPont de Nemours, Inc.* |

| | |
|---|---|
| Addie K.S. Ries<br>Clifton L. Brinson<br>Kirk G. Warner<br>**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**<br>Post Office Box 2611<br>Raleigh, North Carolina 27602-2611<br>Tel: (919) 821-1220<br>Fax: (919) 821-6605<br>aries@smithlaw.com<br>cbrinson@smithlaw.com<br>kwarner@smithlaw.com<br><br>*Counsel for Defendant Dynax Corporation* | Brent Dwerlkotte<br>David R. Erickson<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Blvd.<br>Kansas City, MO<br>Tel: (816) 474-6550<br>dbdwerlkotte@shb.com<br>derickson@shb.com<br><br>*Counsel for Defendants E. I. DuPont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC* |
| Keith E. Smith<br>**GREENBERG TRAURIG, LLP**<br>1717 Arch Street, Suite 400<br>Philadelphia, PA 19103<br>Tel: (215) 988-7800<br>Fax: 215-988-7801<br>smithkei@gtlaw.com<br><br>*Counsel for Defendants National Foam Inc.* | Alan Truitt<br>Jennifer A. Simon<br>**KAZMAREK MOWREY CLOUD LASETER LLP**<br>1230 Peachtree Street N.E., Suite 900<br>Atlanta, Georgia 30309<br>Tel: (404) 812-0126<br>atruitt@kmcllaw.com<br>jsimon@kmcllaw.com<br><br>*Counsel for Defendant Amerex Corporation* |

Respectfully submitted,

Dated: August 25, 2022                    */s/ Stephanie D. Biehl*
                                                    Stephanie D. Biehl
                                                    **SHER EDLING LLP**
                                                    Tel: (628) 231-2500
                                                    Email: stephanie@sheredling.com